UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
JOSEPH JACKSON,

                            Plaintiff,

           -against-

NASSAU COUNTY; NASSAU COUNTY POLICE DEPARTMENT; THE INCORPORATED VILLAGE OF FREEPORT; THE VILLAGE OF FREEPORT POLICE DEPARTMENT; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; POLICE OFFICER MELENDEZ; LIEUTENANT BURDETTE; SERGEANT MCHALE; SERGEANT NOLL; POLICE OFFICER TIMOTHY ORTIZ; POLICE OFFICER PARRELLA; DETECTIVE SHARKEY; POLICE OFFICER MICHAEL C. POMERICO; POLICE OFFICER MURRAY; POLICE OFFICER PAVLICK; DETECTIVE DAVID L. ZIMMER; POLICE OFFICER BARRY MCGOVERN; DETECTIVE JERL MULLEN; DETECTIVE FRANK ALLAIRE; DETECTIVE M. HERTS; DETECTIVE M. ALGIN; DETECTIVE TURNER; DETECTIVE EDWARD HAGGERTY; DETECTIVE GIORDANO; POLICE OFFICER LESTER; LIEUTENANT FITZWILLIAM; DETECTIVE WOOLSEY; AMT BARALLO; SERGEANT RICHARDSON; POLICE OFFICER TRIESCH; DETECTIVE ANDUJAR; POLICE OFFICER ERDMANN; POLICE OFFICER HALL; SERGEANT LOWRY; DETECTIVE ANTHONY SORRENTINO; DETECTIVE GEORGE LUDWIG; DETECTIVE LAURETTE KEMP; DETECTIVE WILLIAM TWEEDY; DETECTIVE BENNER; DETECTIVE PETERSON; LIEUTENANT FRANK CAPARELLI; DETECTIVE ANTHONY KOSIER; DETECTIVE MARTIN ALGER; DETECTIVE SERGEANT DAN SEVERIN; and JOHN and JANE DOE 1 through 20,

                            Defendants.
------------------------------------------------------------------------------- x

**RIDER**

18 CV 3007 (JS) (GFB)