

August 3, 2018

Peter A. Meisels, Partner
914.872.7156 (direct)
Peter.Meisels@wilsonelser.com

VIA ECF and First Class Mail

Hon. Joanna Seybert, *U.S.D.J.*
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   Jackson v. Nassau, et al.
      18 CV 3007 (JS)(GFB)

Dear Judge Seybert:

Our firm has been retained by the County of Nassau to represent the County and individual defendants who were employed by the County at time(s) relevant to the claims asserted in the complaint.

We are requesting by this letter motion that the time to respond to the complaint be extended 30 days to give us the opportunity to locate and interview our clients and resolve any potential conflicts of interest.

Plaintiff's counsel consents to our request.

Respectfully yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Peter A. Meisels
PAM:kt
cc: All Counsel (Via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

7175042v.1