# FREEPORT POLICE DEPARTMENT
## CRIME SCENE LOG

Page 1 of 2 pages

Freeport Police Department
Case # D-1386-94
DD # _____
Date  05/20/94

Time Started  0208
Time Ended  _____
Recording Officer  P.O. ORTIZ #18

AS PER POLICE DEPARTMENT POLICY AND AS MANDATED BY CHIEF OF POLICE - CRIME SCENE INTEGRITY SIGN-IN SHEET.

ADDRESS OF SCENE / LOCATION:  49-55 WEST SUNRISE HIGHWAY FREEPORT NY 11520

| NAME | RANK | SHLD # | COMMAND | CAR | INITIALS | REASON FOR APPEARANCE AT SCENE | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|---|
| NOLL | SGT | 29 | FRPT | 45 | | | 0209 | 0511 |
| ZIMMER | DET | 112 | 11 | 27 | | | 0212 | 023 |
| ZIMMER | P.O. | 157 | 11 | 7 | | | 0208 | 035 |
| McHALE | SGT | 15 | FRPT | 15 | RAM | | 0209 | 0530 |
| TURNER | DET | 104 | FRPT | 29 | | | 0212 | 0340 |
| BURDETTE | DET LT | | FRPT | 23 | RB | | 0212 | 0340 |
| HAGGERTY | DET | 130 | FRPT | 29 | | | 0212 | 0250 |
| GIORDANO | DET | 111 | FRPT | 23 | | | 0212 | 0405 |
| LESTER | P.O. | 179 | FRPT | 35 | | | 0209 | 0357 |
| ORTIZ | P.O. | 189 | FRPT | 35 | JO | | 0209 | 053 |
| FITZWILLIAM | LT | 139 | EAB | 2341 | | | 0210 | 0340 |
| BARALLO | AMT | 22 | EAB | 2361 | | | 0211 | 0340 |
| RICHARDSON | SGT | 90 | B50 | 907 | | | 0212 | 0300 |
| PIMERICO | P.O. | 113 | FRPT | 13 | | | 0208 | 0420 |
| TRIESCH | P.O. | 2735 | HPB | 2208 | | | 0230 | 0245 |
| ANDUJAR | DET | 201 | FRPT | 27 | | | 0212 | 0310 |
| PAVLIK | P.O. | 107 | FRPT | 11 | | | 0208 | 0400 |
| ERDMANN | P.O. | 766 | 15T | 109 | | | 0215 | 0241 |
| HALL | P.O. | FRPT | FRPT | R8 | | | 0210 | 0430 |
| McGOVERN | P.O. | 141 | FRPT | 45 | | | 0209 | 0500 |
| LOWRY | SGT | 89 | 6TH | 1094 | | | 0235 | 0502 |

WT