```
        DATE:  1/16/2019          AT:   2:30

BEFORE JUDGE JOANNA SEYBERT:

            CIVIL CAUSE FOR PRE-MOTION CONFERENCE

DOCKET NUMBER:    18-3007

TITLE:  JACKSON   -V-  NASSAU CO., ET AL.

APPEARANCES:

FOR PLAINTIFF(S):  GABRIEL HARVIS; BAREE FETT

FOR DEFENDANT(S):  PETER MEISELS; ALLISON HOLUBIS; JANINE
                        MASTELLONE (NASSAU DEFTS.)
                   KEITH CORBETT (FREEPORT DEFTS.)

REPORTER: NONE

  X       CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

          COUNSEL FOR _____ NOT PRESENT.

  X       CONFERENCE HELD.

          DISCOVERY TO BE COMPLETED BY_____

          PARTIES TO COMPLETE_____
          BY THE NEXT CONFERENCE OR BY_____

          NEXT CONFERENCE SET FOR_____

          CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE
          FOR_____

  X       MOTION TO BE FILED BY    4/ 2/2019;
                    RESPONSE BY    5/ 2/2019;
                       REPLY BY    5/23/2019.

          JURY SELECTION SET FOR   /  /2019 AT 9:30AM BY LAW CLERK

          TRIAL SET FOR_____

  X       OTHER COUNSEL TO MEET AND CONFER BY 1/30/2019 TO LIMIT
          THE NUMBER OF CLAIMS AND DEFENDANTS.  PLAINTIFF TO
          AMEND THE COMPLAINT BY 2/6/2019.
WORD
```