ELEFTERAKIS ELEFTERAKIS & PANEK

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
STEPHEN KAHN
EVAN M. LA PENNA
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND

*Also Admitted In New Jersey

March 21, 2019

<u>BY ECF</u>
Honorable Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Jackson v. Nassau County, et al.*, 18 CV 3007 (JS) (GRB)

Your Honor:

  I represent plaintiff in the above-referenced wrongful conviction matter. I write on behalf of the parties pursuant to Fed. R. Civ. P. 26(f) to respectfully propose the following jointly-developed discovery plan for the Court's review and endorsement:

### Phase I: Pre-Settlement Discovery

| | |
|---|---|
| Service of Rule 26(a) Initial Disclosures and HIPAA-Compliant Releases by | 4/16/19 |
| Completion of Phase I Discovery | 4/30/19 |

### Phase II: Discovery and Motion Practice

| | |
|---|---|
| First Requests for Production of Documents and Interrogatories to be served by | 5/3/19 |
| *Responses to these Requests* | 6/3/19 |
| All Fact Discovery Completed by | 11/15/19 |
| Plaintiff's Deposition by | 7/9/19 |
| Defendants' Depositions by | 9/2/19 |
| Third-party Depositions by | 10/2/19 |
| Deadline for Discovery Requests | 10/9/19 |
| Exchange of Expert Reports | 11/15/19 |
| Expert Depositions to be Completed by | 12/30/19 |

Hon. Gary R. Brown
Mar. 21, 2019

  Accordingly, if it should please the Court, the parties respectfully request that the Court adopt their proposed schedule.

  Thank you for your consideration of this request.

               Respectfully submitted,

               Gabriel P. Harvis

cc: All Counsel