UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JOSEPH JACKSON,

                              Plaintiff,

       -against-

NASSAU COUNTY; THE INCORPORATED VILLAGE OF FREEPORT; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; DETECTIVE MICAHEL HERTS; DETECTIVE MARTIN ALGER; DETECTIVE ANTHONY SORRENTINO; DETECTIVE DAVID L. ZIMMER; POLICE OFFICER MELENDEZ; LIEUTENANT BURDETTE; SERGEANT McHALE; SERGEANT NOLL; DETECTIVE SHARKEY; POLICE OFFICER DOWDELL; POLICE OFFICER BARRY McGOVERN; DETECTIVE TURNER; DETECTIVE EDWARD HAGGERTY; POLICE OFFICER HALL; DETECTIVE LAURETTE KEMP; DETECTIVE WILLIAM TWEEDY; DETECTIVE ANTHONY KOSIER; DETECTIVE SERGEANT DAN SEVERIN; DETECTIVE JERL MULLEN; THE ESTATE OF DETECTIVE JERL MULLEN; JOHN DOE, AS THE ADMINISTRATOR OF THE ESTATE OF JERL MULLEN; and JOHN and JANE DOE 1 through 20,

                              Defendants.

------------------------------------------------------------------ x

Docket No.: 18-CV-3007 (JS) (GRB)

NOTICE OF APPEARANCE

## **NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP has been retained and hereby appears in the above-captioned action as attorneys for defendants Nassau County, Det. Robert Dempsey, Det. Gary Abbondandelo, Det. John M. Holland, Det. Michael Herts, Det. Martin Alger, Det. Anthony Sorrentino, Sgt. Dennis McHale (s/h/a "Sgt. McHale"), Det. John Sharkey (s/h/a "Det. Sharkey"), Det. James Turner (s/h/a "Det.

Turner"); P.O. Kenneth Hall (s/h/a "Police Officer Hall"), Det. Laurette Kemp, Det. William Tweedy, Det. Anthony Kosier, and Det. Sgt. Dan Severin (collectively, the "County Defendants"), and demands that all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> 1133 Westchester Avenue
> White Plains, New York 10604
> Attn: Lalit K. Loomba, Esq.
> Tel: (914) 323-7000
> Fax: (914) 323-7001
> E-mail: lalit.loomba@wilsonelser.com

PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
    April 8, 2019

                                    Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP,

                                    By: _____
                                    Lalit K. Loomba

                                    1133 Westchester Avenue
                                    White Plains, New York 10604
                                    (914) 323-7000
                                    Our File No. 12473.00014