

**1 OF 1 RECORD(S)**

# Death Record
# This data is for informational purposes only.

**Decedent Information**

      **Name:** MULLEN, JERL E
  **Address:** NC
                WAKE COUNTY
**LexID(sm):** 001797374082

**Decedent Personal Information**

        **SSN:** ▮▮▮▮▮▮▮▮▮
        **Age:** 70
**Date of Death:** 01/04/2015
                   Verified
**Date of Birth:** 02/1944

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright © 2018 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**