UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH JACKSON

                                              Plaintiff,

      -against-

NASSAU COUNTY; THE INCORPORATED VILLAGE OF FREEPORT; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; DETECTIVE MICHAEL HERTS; DETECTIVE MARTIN ALGER; DETECTIVE ANTHONY SORRENTINO; DETECTIVE DAVID L. ZIMMER; POLICE OFFICER MELENDEZ; LIEUTENANT BURDETTE; SERGEANT MCHALE; SERGEANT NOLL; DETECTIVE SHARKEY; POLICE OFFICER DOWDELL; POLICE OFFICER BARRY MCGOVERN; DETECTIVE TURNER; DETECTIVE EDWARD HAGGERTY; POLICE OFFICER HALL; DETECTIVE LAURETTE KEMP; DETECTIVE WILLIAM TWEEDY; DETECTIVE ANTHONY KOSIER; DETECTIVE SERGEANT DAN SEVERIN; DETECTIVE JERL MULLEN; THE ESTATE OF DETECTIVE JERL MULLEN; JOHN DOE AS THE ADMINISTRATOR OF THE ESTATE OF JERL MULLEN; and JOHN and JANE DOE 1 through 20,

                                              Defendants.
------------------------------------------------------------------x

AFFIDAVIT

18-CV-3007(JS)(GRB)

      I, Edward Haggerty, being duly sworn, depose and state as follows:

1. I am a retired Detective, formerly employed by the Village of Freeport Police Department.

2. I submit this affidavit in support of the Defendants THE INCORPORATED VILLAGE OF FREEPORT, DETECTIVE DAVID L. ZIMMER, POLICE OFFICER MELENDEZ, LIEUTENANT BURDETTE, SERGEANT MCHALE, SERGEANT NOLL, POLICE OFFICER BARRY MCGOVERN, DETECTIVE TURNER, DETECTIVE EDWARD HAGGERTY, POLICE OFFICER HALL, DETECTIVE JERL MULLEN and DETECTIVE SHARKEY (hereinafter the "Village Defendants")'s Motion to Dismiss the Amended Complaint pursuant to

the Federal Rules of Civil Provides 12(b)(5) and 12(b)(6). I am fully familiar with the facts and circumstances that I discuss below based upon my personal knowledge and, where stated, upon information and belief.

3. I have reviewed the Affidavits of Service filed with this Court on August 14, 2018 and note that I was never personally served in connection with this matter. I never received the Summons and Complaint at the Village of Freeport Police Department, which is located at 40 North Ocean Avenue, Freeport, nor any other location, including my home. Although the Affidavit of Service purports to have served me at the Nassau County Police Department, Records Bureau, located at 1490 Franklin Avenue, Mineola, New York 11501 on July 13, 2018, the Nassau County Police Department was not my employer during the relevant time period.

Signed under the pains and penalties of perjury this 9th day of May, 2019.

EDWARD HAGGERTY

******

STATE OF New York, Nassau County ss:

On May 9th, 2019, before me personally came EDWARD HAGGERTY personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person on behalf of which the individual acted, executed this instrument.

Notary Public

MAUREEN ANGLIM
NOTARY PUBLIC State of New York
No. 01AN6088867
Qualified in Nassau County
Commission Expires November 26, 2021