## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 18-CV-3007 (JS)
(GRB)

Date Filed: _____

Plaintiff:
**JOSEPH JACKSON,**
vs
Defendant:
**NASSAU COUNTY, ET AL.,**

# PRIORITY

For: Gabriel P. Harvis, Esq
    ELEFTERAKIS, ELEFTERAKIS & PANEK

Received by PM LEGAL LLC on the 6th day of December, 2018 at 9:00 am to be served on **MR. JAMES TURNER, 2617 EDGEMOOR TER, THE VILLAGES, FL 32162-7028.** I, _Ashley Phillips_, being duly sworn, depose and say that on the __8th__ day of _December_, 20_18_ at _11:59_ am, executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** in accordance with state statutes in the manner marked below:

[✓] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving
_____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: Based upon inquiry of Party served, Defendant ___Is ___Is Not, in the Military Service of The U.S.

Description: Age_____ Sex M F Race_____ Height _____ Weight _____ Hair_____ Glasses Y N

COMMENTS: _____
_____
_____
_____

19847

## AFFIDAVIT OF SERVICE For 18-CV-3007 (JS) (GRB)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ___11th___
day of ___December___, 2018 by the affiant who
is personally known to me.

_____
NOTARY PUBLIC

Ruth M. Pippin
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF226053
Expires 5/14/2019

PROCESS SERVER # ___10518-7___
Appointed in accordance with State Statutes

PM LEGAL LLC
75 Maiden Lane
11th Floor
New York, NY 10038
(212) 233-4040

Our Job Serial Number 2018019847
Ref: 938573

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h