| | |
|---|---|
| **Subject:** | Re: Jackspon-witness information correspondence |
| **Date:** | Thursday, October 3, 2019 at 4:56:59 PM Eastern Daylight Time |
| **From:** | Gabriel Harvis |
| **To:** | Stephanie L. Tanzi |
| **CC:** | Keith M. Corbett, Loomba, Lalit K., Mastellone, Janine, Meisels, Peter, Holubis, Allison, Baree Fett |
| **Attachments:** | image001.png, image002.jpg |

Hi Stephanie,

This does not comply with the Court's order or Rule 26(a)(1)(A)(i), as it does not provide the address or subjects of knowledge for the individuals, and it does not specify who Freeport contends has knowledge within the meaning of the Rules. We also have not received any of the insurance information, which we understood to also be due today.

In the interest of informal resolution, please provide compliant information by close of business tomorrow.

We are available if you would like to discuss.

Thank you,
Gabe

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
(212) 532-1116
(212) 532-1176 Fax





"Elefterakis Law is NYC's power-house personal injury law firm"
~Super Lawyers

From: "Stephanie L. Tanzi" <STanzi@HarrisBeach.com>
Date: Thursday, October 3, 2019 at 4:50 PM
To: Gabriel Harvis <gharvis@elefterakislaw.com>, Baree Fett <bfett@elefterakislaw.com>
Cc: "Keith M. Corbett" <KCorbett@HarrisBeach.com>, "Loomba, Lalit K." <Lalit.Loomba@wilsonelser.com>, "Mastellone, Janine" <Janine.Mastellone@wilsonelser.com>, "Meisels, Peter" <Peter.Meisels@wilsonelser.com>, "Holubis, Allison"

<Allison.Holubis@wilsonelser.com>
**Subject:** Jackspon-witness information correspondence

Gabe,

Please see the attached correspondence from our office. Thank you.

**Stephanie L. Tanzi**
**Attorney**

# HARRIS BEACH PLLC

ATTORNEYS AT LAW

333 Earle Ovington Blvd
Suite 901
Uniondale, NY 11553
516.880.8376   Direct
516.880.8483   Fax
516.880.8484   Main
**Website**   |   **Bio**   |   **Add to Contacts**
p r a c t i c e G R E E N
Save a tree. Read, don't print, emails.

---

**Statement of Confidentiality**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

---