WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for County Defendants
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels
       Janine Mastellone
       Lalit K. Loomba
       Allison Holubis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x   Docket No.: 18-CV-3007 (JS)
                                                                       (GRB)
JOSEPH JACKSON,

                              Plaintiff,

              -against-                                                COUNTY DEFENDANTS'
                                                                       PRIVILEGE LOG
NASSAU COUNTY; THE INCORPORATED VILLAGE
OF FREEPORT; DETECTIVE ROBERT DEMPSEY;
DETECTIVE GARY ABBONDANDELO; DETECTIVE
JOHN M. HOLLAND; DETECTIVE MICAHEL HERTS;
DETECTIVE MARTIN ALGER; DETECTIVE
ANTHONY SORRENTINO; DETECTIVE DAVID L.
ZIMMER; POLICE OFFICER MELENDEZ;
LIEUTENANT BURDETTE; SERGEANT McHALE;
SERGEANT NOLL; DETECTIVE SHARKEY; POLICE
OFFICER DOWDELL; POLICE OFFICER BARRY
McGOVERN; DETECTIVE TURNER; DETECTIVE
EDWARD HAGGERTY; POLICE OFFICER HALL;
DETECTIVE LAURETTE KEMP; DETECTIVE
WILLIAM TWEEDY; DETECTIVE ANTHONY
KOSIER; DETECTIVE SERGEANT DAN SEVERIN;
DETECTIVE JERL MULLEN; THE ESTATE OF
DETECTIVE JERL MULLEN; JOHN DOE, AS THE
ADMINISTRATOR OF THE ESTATE OF JERL
MULLEN; and JOHN and JANE DOE 1 through 20,

                              Defendants.
------------------------------------------------------------------ x

| Bates | Author | Recipient | Document | Privilege |
|---|---|---|---|---|
| 2843-2853 | Sheryl Anania, Esq. | File | File Memo containing legal analysis of investigation of prosecution of Joseph Jackson | Attorney Work-Product |
| 2899 | Sheryl Anania, Esq. | File | Cover page from File Memo containing legal analysis of investigation of prosecution of Joseph Jackson | Attorney Work-Product |
| 3043 | Tammy J. Smiley, Esq. | Sheryl Anania | e-mail containing analysis re: Det. Robert Dempsey | Attorney Work-Product |
| 3156 | Sheryl Anania, Esq. | Mike Walsh | e-mail exchange December 4, 2017 re: Bob Dempsey and Gary Abbondandelo | Attorney Work Product |
| 3157 | Sheryl Anania, Esq. | File | Handwritten notes re: communication with Gary Abbondandelo | Attorney Work Product |
| 3160-3162 | Sheryl Anania, Esq. | File | File Memo and handwritten notes re call with Glen Montes on October 19, 2017 | Attorney Work Product |
| 3191-3192 | Sheryl Anania, Esq. | File | Handwritten notes of investigation | Attorney Work Product |
| 3195 – 3206 | Caryn Stepner, Esq. | File | Handwritten notes of recap/review and recent interviews | Attorney Work Product |
| 3207 | Tammy Smiley, Esq. | Sheryl Anania, Esq. | Legal strategy | Attorney Work Product |
| 3394 | Sheryl Anania | File | Memo re call with Maurice Larrea on 10/2/17 | Attorney Work Product |
| 3395 | Sheryl Anania Esq./Elizabeth Curcio | Sheryl Anania Esq./Elizabeth Curcio | Emails re factual investigation | Attorney Work Product |
| 3396 | Sheryl Anania, Esq. | Joshua Genn | Emails re factual investigation | Attorney Work Product |
| 3436-3437 | Dan Looney, Esq. | Mike Walsh, Esq. | Memo re sentencing and handwritten note | Attorney-Work Product |
| 3438-3448 | Sheryl Anania, Esq. | File | Memo re People v. Jackson | Attorney Work Product |
| 3861-3864 | Sheryl Anania, Esq. | File | Handwritten and typewritten notes and memo re Peddie Jackson | Attorney Work Product |
| 4102-4107 | NYS | n/a | Criminal History info re Roy Isaacs, Jr., printed November 14, 2017 | |
| 4108 | Sheryl Anania, Esq. | File | Memo re meeting with Roy Isaacs, Jr. | Attorney Work Product |

| Bates | Author | Recipient | Document | Privilege |
|---|---|---|---|---|
| 4111 | Sheryl Anania, Esq. | File | Memo re phone interview with Skwanitra Witherspoon | Attorney Work Product |
| 4112-4116, 4119 | Sheryl Anania, , Esq. Joshua Glenn, Elizabeth Curcio | Sheryl Anania, Joshua Glenn, Elizabeth Curcio | Exchange of e-mails re: locating Skwanitra Witherspoon | Attorney Work Product |
| 4120-4124 | Sheryl Anania, Esq. | File | Memo and handwritten notes re phone interview with Skwanitra Witherspoon | Attorney Work Product |
| 4141-4142 | Paul Devore | Sheryl Anania, Esq. | Exchange of e-mails re: locating Roy Isaacs and Tyrone Isaacs | Attorney Work Product |
| 4161-4172 | NYS | n/a | Criminal History info re: Tyrone Jackson, printed November 14, 2017 | |

Dated: White Plains, New York
June 20, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for County Defendants

Peter A. Meisels
Janine Mastellone
Lalit K. Loomba
Allison Holubis

1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Our File No. 12473.00014