

Lalit K. Loomba, Esq.
Direct dial: (914) 872-7118
lalit.loomba@wilsonelser.com

April 13, 2020

**By ECF**

Hon. Joanna Seybert
United States District Judge
United States District Court
 for the Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re:   *Joseph Jackson v. Nassau County et al.,* Docket No. 18-cv-3007
        Our File No.: 12473.00014

Dear Judge Seybert:

Wilson Elser represents the County Defendants in the referenced action.

The County Defendants are preparing a motion to dismiss Plaintiff's Second-Amended Complaint, which is due April 17, 2020. We are writing to request an additional ten (10) pages for the memorandum of law in support of the motion.

Counsel for plaintiff has consented to this request.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc:  Counsel of Record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

8223766v.1

Hon. Joanne Seybert
January 31, 2020
Page 2

ELEFTERAKIS, ELEFTERAKIS & PANEK
Attorneys for Plaintiff
80 Pine Street, 38th Floor
New York, NY  10005
(212) 532-1116
gharvis@eeplaw.com

Harris Beach, PLLC
Attorneys for Village of Freeport
The Omni
Uniondale, NY  11553
(516) 880-84884
kcorbett@harrisbeach.com

8223766v.1