WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for County Defendants
1133 Westchester Avenue
White Plains, NY  10604
(914) 323-7000
Attn:   Peter A. Meisels
         Janine Mastellone
         Lalit K. Loomba

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

| | |
|---|---|
| JOSEPH JACKSON, | Docket No. |
| | 18-CV-3007 (JS)(AKT) |
| Plaintiff, | |
| -against- | COUNTY DEFENDANTS' NOTICE OF MOTION |
| NASSAU COUNTY; THE INCORPORATED VILLAGE OF FREEPORT; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; DETECTIVE MICHAEL HERTS; DETECTIVE MARTIN ALGER; POLICE OFFICER ROBERT MELENDEZ, DETECTIVE WALTER SWENSON, DETECTIVE ANTHONY KOSIER; DETECTIVE SERGEANT DAN SEVERIN; DORA MULLEN, AS ADMINISTRATOR OF THE ESTATE OF JERL MULLEN; JANE DOE, AS ADMINISTRATOR OF THE ESTATE OF ARTHUR ZIMMER, and JOHN and JANE DOE 1 through 20, | TO DISMISS PLAINTIFF'S SECOND-AMENDED COMPLAINT AND TO STRIKE EXHIBITS |
| Defendants. | |

----------------------------------------------------------------------- x

TO:   ELEFTERAKIS, ELEFTERAKIS & PANEK
       Attorneys for Plaintiff
       80 Pine Street, 38th Floor
       New York, NY  10005
       (212) 532-1116
       gharvis@eeplaw.com

PLEASE TAKE NOTICE, that upon the annexed declaration of Lalit K. Loomba, Esq., dated April 17, 2020 (and the exhibits thereto); the accompanying memorandum of law dated April 17, 2020; and all the prior proceedings herein, defendants Nassau County, Det. Robert Dempsey, Det. Gary Abbondandelo, Det. John M. Holland, Det. Michael Herts, Det. Martin Alger, Detective Anthony

-1-

8205310v.1

Kosier, Det. Sgt. Dan Severin, and Dora Mullen, as Administrator of the Estate of Jerl Mullen (collectively, the "County Defendants") and Det. Walter Swenson, will move this Court, before the Hon. Joanne Seybert, on June 1, 2020, or on such other date as the Court may determine, for (i) an Order, pursuant to Rule 8(a) of the Federal Rules of Civil Procedure ("FRCP), dismissing the second-amended complaint in its entirety; or, alternatively, (ii) an Order, pursuant to FRCP Rule 10(c) and Rule 12(f), striking certain of the proposed exhibits from the second-amended complaint; (iii) an Order, pursuant FRCP Rule 12(b)(6), dismissing certain claims for relief asserted in the second-amended complaint and dismissing all claims as against defendant Dora Mullen, as Administrator for the Estate of Jerl Mullen; (iv) an Order, pursuant to FRCP 4(m) dismissing the second-amended complaint as against Det. Walter Swenson to the extent service of process is not completed within 90 days from filing of the complaint; and (v) for such other further and different relief as the Court, in its discretion, may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that according to the briefing schedule set by the Court, opposition must be filed on or before May 18, 2020, and reply papers must be filed on or before June 1, 2020.

Dated:   White Plains, New York
          April 17, 2020

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for County Defendants

*Lalit K. Loomba*

_____
Peter A. Meisels
Janine Mastellone
Lalit K. Loomba

1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Our File No. 12473.00014

-2-