UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSEPH JACKSON,

                              Plaintiff,                       Case No.: 18-CV-3007

NASSAU COUNTY; THE INCORPORATED VILLAGE
OF FREEPORT; DETECTIVE ROBERT DEMPSEY;
DETECTIVE GARY ABBONDANDELO; DETECTIVE              **NOTICE OF MOTION**
JOHN M. HOLLAND; DETECTIVE MICHAEL HERTS;
DETECTIVE MARTIN ALGER; POLICE OFFICER
ROBERT MELENDEZ; DETECTIVE WALTER
SWENSON; DETECTIVE ANTHONY KOSIER;
DETECTIVE SERGEANT DAN SEVERIN; DORA
MULLEN, AS THE ADMINISTRATOR OF THE ESTATE
OF JERL MULLEN; JANE DOE, AS THE
ADMINISTRATOR OF THE ESTATE OF ARTHUR
ZIMMER, and JOHN and JANE DOE 1 through 20,

                              Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon annexed declaration of Keith M. Corbett, dated

April 17, 2020, the affidavit of Raymond Horton, dated April 17, 2020, the Defendants The

Incorporated Village of Freeport, Police Officer Robert Melendez, and the Estate of Arthur

Zimmer (hereinafter "Village Defendants"), will move this Court, before the Honorable Joanne

Seybert, United States District Judge, at the United States Courthouse, 100 Federal Plaza,

Central Islip, New York 11722, on June 1, 2020, or on any such date as this Court may

determine, for an Order dismissing Plaintiff Joseph Jackson's ("Plaintiff") Second Amended

Complaint against the Village Defendants with prejudice pursuant to Rules 12(b)(2), (5) and (6)

of the Federal Rules of Civil Procedure, dismissing all claims and all Village Defendants from

this action. The Village Defendants further respectfully request such other and further relief that

the Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that the Village Defendants respectfully request

oral argument.

Dated:  Uniondale, New York
        April 17, 2020

HARRIS BEACH PLLC
*Attorneys for the Village Defendants*

s/ *Keith M. Corbett*_____
Keith M. Corbett, Esq.
Stephanie L. Tanzi, Esq.
The OMNI
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
(516) 880-8484

TO:    ELEFTERAKIS, ELEFTERAKIS & PANEK
       *Attorneys for Plaintiff*
       80 Pine Street, 38th Floor
       New York, NY 10005
       (212) 532-1116

       WILSON, ELSER, MOSKOWITZ
       EDELMAN & DICKER, LLP
       *Attorneys for County Defendants*
       1133 Westchester Avenue
       White Plains, NY 10604
       (914) 323-7000