

Lalit K. Loomba, Esq.<br>
Direct dial: (914) 872-7118<br>
lalit.loomba@wilsonelser.com

May 19, 2020

**By ECF**

Hon. Joanna Seybert
United States District Judge
United States District Court
 for the Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re:   *Joseph Jackson v. Nassau County et al.,* Docket No. 18-cv-3007
        Our File No.: 12473.00014

Dear Judge Seybert:

Wilson Elser represents the County Defendants in the referenced action.

In connection with the individual County Defendant, Det. Walter Swenson, we are enclosing herewith a stipulation reached with counsel for the plaintiff which addresses service of process and the currently pending motion to dismiss. We respectfully request that the Court review and So Order the stipulation.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc:  Counsel of Record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

8223766v.1

Hon. Joanne Seybert
May 19, 2020
Page 2

ELEFTERAKIS, ELEFTERAKIS & PANEK
Attorneys for Plaintiff
80 Pine Street, 38th Floor
New York, NY  10005
(212) 532-1116
gharvis@eeplaw.com

Harris Beach, PLLC
Attorneys for Village of Freeport
The Omni
Uniondale, NY  11553
(516) 880-84884
kcorbett@harrisbeach.com

8223766v.1