**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

JOSEPH JACKSON,

                            Plaintiff,

    -against-

NASSAU COUNTY; THE INCORPORATED
VILLAGE OF FREEPORT; DETECTIVE ROBERT
DEMPSEY; DETECTIVE GARY                     **ORDER**
ABBONDANDELO; DETECTIVE JOHN M.
HOLLAND; DETECTIVE MICHAEL HERTS;
DETECTIVE MARTIN ALGER; POLICE OFFICER     CV 18-3007 (JS) (AKT)
ROBERT MELENDEZ; DETECTIVE WALTER
SWENSON; DETECTIVE ANTHONY KOSIER;
DETECTIVE SERGEANT DAN SEVERIN; DORA
MULLEN, AS THE ADMINISTRATOR OF THE
ESTATE OF JERL MULLEN; JANE DOE, AS THE
ADMINISTRATOR OF THE ESTATE OF ARTHUR
ZIMMER, and JOHN and JANE DOE 1 through 20,

                            Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The County Defendants have moved to compel the Plaintiff and the Village Defendans to respond to certain interrogatories and document requests. *See* DE 280. The motion is GRANTED, in part, and DENIED, in part. In addition, Plaintiff has filed a motion to compel the Village Defendants and the County Defendants to respond to certain interrogatories and document requests and also for sanctions for failure to comply with this Court's Order of March 6, 2020. *See* DE 281. That motion is GRANTED, in part, and DENIED, in part. Subsequently, the County Defendants filed a motion to withdraw one aspect of their motion [DE

280] to compel.  *See* DE 282.  That motion is GRANTED.  The substantive written decision on these motions is being entered separately.

**SO ORDERED.**

Dated: Central Islip, New York
       March 31, 2021                                    /s/ A. Kathleen Tomlinson
                                                         A. KATHLEEN TOMLINSON
                                                         United States Magistrate Judge