

Lalit K. Loomba, Esq.
Direct dial: (914) 872-7118
lalit.loomba@wilsonelser.com

August 23, 2021

**By ECF and First Class Mail**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re:   <u>Joseph Jackson v. Nassau County et al.</u>, Docket No. 18-cv-3007 (JS) (AKT)
      Our File No.: 12473.00014

Dear Judge Tomlinson:

Wilson Elser represents the County Defendants in the referenced action. As directed, we are enclosing herewith a revised privilege log showing the documents as to which the County Defendants are withdrawing privilege. The remaining documents for *in camera* review in connection with plaintiff's motion to compel. Documents containing express legal analysis are submitted as Exhibit A, while interview notes which reflect legal analysis are submitted as Exhibit B.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

<u>Enclosures</u> (First Class Mail Only)

Cc (w/o encls.):  Counsel of Record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

257936969v.1

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for County Defendants
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels
       Janine Mastellone
       Lalit K. Loomba
       Allison Holubis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JOSEPH JACKSON,

                  Plaintiff,

       -against-

NASSAU COUNTY; THE INCORPORATED VILLAGE
OF FREEPORT; DETECTIVE ROBERT DEMPSEY;
DETECTIVE GARY ABBONDANDELO; DETECTIVE
JOHN M. HOLLAND; DETECTIVE MICAHEL HERTS;
DETECTIVE MARTIN ALGER; DETECTIVE
ANTHONY SORRENTINO; DETECTIVE DAVID L.
ZIMMER; POLICE OFFICER MELENDEZ;
LIEUTENANT BURDETTE; SERGEANT McHALE;
SERGEANT NOLL; DETECTIVE SHARKEY; POLICE
OFFICER DOWDELL; POLICE OFFICER BARRY
McGOVERN; DETECTIVE TURNER; DETECTIVE
EDWARD HAGGERTY; POLICE OFFICER HALL;
DETECTIVE LAURETTE KEMP; DETECTIVE
WILLIAM TWEEDY; DETECTIVE ANTHONY
KOSIER; DETECTIVE SERGEANT DAN SEVERIN;
DETECTIVE JERL MULLEN; THE ESTATE OF
DETECTIVE JERL MULLEN; JOHN DOE, AS THE
ADMINISTRATOR OF THE ESTATE OF JERL
MULLEN; and JOHN and JANE DOE 1 through 20,

                  Defendants.
-------------------------------------------------------------- x

Docket No.: 18-CV-3007 (JS)
(GRB)

COUNTY DEFENDANTS'
REVISED PRIVILEGE LOG

258003689v.1

| Bates | Author | Recipient | Document | Privilege |
|---|---|---|---|---|
| 2843-2853 | Sheryl Anania, Esq. | File | File Memo containing legal analysis of investigation of prosecution of Joseph Jackson | Attorney Work-Product |
| 2899 | Sheryl Anania, Esq. | File | Cover page from File Memo containing legal analysis of investigation of prosecution of Joseph Jackson | Attorney Work-Product |
| 3043 | Tammy J. Smiley, Esq. | Sheryl Anania | e-mail containing analysis re: Det. Robert Dempsey | Attorney Work-Product |
| ~~3156~~ | ~~Sheryl Anania, Esq.~~ | ~~Mike Walsh~~ | ~~e-mail exchange December 4, 2017 re: Bob Dempsey and Gary Abbondandelo~~ | ~~Attorney Work Product~~ |
| 3157 | Sheryl Anania, Esq. | File | Handwritten notes re: communication with Gary Abbondandelo | Attorney Work Product |
| 3160-3162 | Sheryl Anania, Esq. | File | File Memo and handwritten notes re call with Glen Montes on October 19, 2017 | Attorney Work Product |
| 3191-3192 | Sheryl Anania, Esq. | File | Handwritten notes of investigation | Attorney Work Product |
| 3195–3206 | Caryn Stepner, Esq. | File | Handwritten notes of recap/review and recent interviews | Attorney Work Product |
| 3207 | Tammy Smiley, Esq. | Sheryl Anania, Esq. | Legal strategy | Attorney Work Product |
| 3394 | Sheryl Anania | File | Memo re call with Maurice Larrea on 10/2/17 | Attorney Work Product |
| ~~3395~~ | ~~Sheryl Anania Esq./Elizabeth Curcio~~ | ~~Sheryl Anania Esq./Elizabeth Curcio~~ | ~~Emails re factual investigation~~ | ~~Attorney Work Product~~ |
| ~~3396~~ | ~~Sheryl Anania, Esq.~~ | ~~Joshua Genn~~ | ~~Emails re factual investigation~~ | ~~Attorney Work Product~~ |
| 3436-3437 | Dan Looney, Esq. | Mike Walsh, Esq. | Memo re sentencing and handwritten note | Attorney-Work Product |
| 3438-3448 | Sheryl Anania, Esq. | File | Memo re People v. Jackson | Attorney Work Product |
| 3861-3864 | Sheryl Anania, Esq. | File | Handwritten and typewritten notes and memo re Peddie Jackson | Attorney Work Product |
| ~~4102-4107~~ | ~~NYS~~ | ~~n/a~~ | ~~Criminal History info re Roy Isaacs, Jr., printed November 14, 2017~~ | |
| 4108 | Sheryl Anania, Esq. | File | Memo re meeting with Roy Isaacs, Jr. | Attorney Work Product |

258003689v.1

| Bates | Author | Recipient | Document | Privilege |
|---|---|---|---|---|
| 4111 | Sheryl Anania, Esq. | File | Memo re phone interview with Skwanitra Witherspoon | Attorney Work Product |
| ~~4112-4116, 4119~~ | ~~Sheryl Anania, , Esq. Joshua Glenn, Elizabeth Curcio~~ | ~~Sheryl Anania, Joshua Glenn, Elizabeth Curcio~~ | ~~Exchange of e-mails re: locating Skwanitra Witherspoon~~ | ~~Attorney Work Product~~ |
| 4120-4124 | Sheryl Anania, Esq. | File | Memo and handwritten notes re phone interview with Skwanitra Witherspoon | Attorney Work Product |
| ~~4141-4142~~ | ~~Paul Devore~~ | ~~Sheryl Anania, Esq.~~ | ~~Exchange of e-mails re: locating Roy Isaacs and Tyrone Isaacs~~ | ~~Attorney Work Product~~ |
| ~~4161-4172~~ | ~~NYS~~ | ~~n/a~~ | ~~Criminal History info re: Tyrone Jackson, printed November 14, 2017~~ | |

Dated:   White Plains, New York
         August 23, 2021

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for County Defendants

/s/ Lalit K. Loomba
_____

Peter A. Meisels
Janine Mastellone
Lalit K. Loomba
Allison Holubis

1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Our File No.  12473.00014