

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

May 4, 2022

<u>BY ECF</u>
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

 Re: *Jackson v. Cty. of Nassau, et al.*, 18 CV 3007 (JS) (AYS)

Your Honor:

 I represent plaintiff in the above-referenced matter. I write on behalf of the parties pursuant to the Court's order dated March 14, 2022 to respectfully provide a joint status report.

 If it should please the Court, the following expert discovery is necessary in this matter:

- Production by plaintiff of disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(B) in connection with experts he has retained in the fields of economics, police practices, forensic psychology, eyewitness identification and false confession psychology;

- Production by defendants of any rebuttal disclosures; and

- To the extent desired by either party, expert depositions.

 The parties have conferred and respectfully propose the following schedule:

- Plaintiff's disclosures by May 31, 2022;

- Defendants' rebuttal disclosure by July 1, 2022; and

- Expert depositions to be completed by August 19, 2022.

 Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

cc: All Counsel