

John A. Vitagliano, Esq.<br>
Direct dial: (914) 872-7367<br>
john.vitagliano@wilsonelser.com

August 17, 2022

**By ECF**

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re: *Joseph Jackson v. Nassau County et al.,* Docket No. 18-cv-3007 (JS) (AYS)
Our File No.: 12473.00014

Dear Judge Shields:

Wilson Elser represents the defendants in the above-referenced action. We write to respectfully request leave of Court to conduct two (2) expert depositions next week, notwithstanding the close of expert discovery on August 19, 2022. Plaintiff's counsel consents to conducting the two (2) expert depositions on August 22, 2022 and August 23, 2022.

Completion of expert discovery is taking more time than anticipated. As this Court is aware, there was a dispute over whether defendant's expert psychologist would be permitted to conduct a psychological evaluation in-person, which this Court resolved on June 27, 2022 (D.E. 363). Counsel for plaintiff also represents a plaintiff in a separate action, *Galloway v. Nassau County,* 19-CV-5026 (AMD) (JMW). Counsel for the defendants also represents Nassau County in the *Galloway* case. There was a similar dispute regarding an in-person evaluation in *Galloway,* but the parties opted to abide by this Court's ruling to complete the evaluation.

The parties would like to depose all but one of the proposed experts. The parties are, for the most part, calling the same witnesses in both cases. We have finally been able to schedule eleven (11) expert depositions in both cases. Due to scheduling conflicts, it was impossible to schedule all the expert depositions prior to the scheduled August 19, 2022 deadline. However, we have been able to work out the schedule listed below on consent of all parties.

On *Jackson*, plaintiff's counsel has identified the following experts: 1) Dr. Jennifer Dysart – eyewitness identification expert; 2) Jeffrey Noble – police practices expert; 3) Dr. Michael Fraser – forensic psychologist expert; 4) Kristin Kucsma – economist expert; and 5) Dr. Hayley Cleary – false confessions expert. Defendants have identified the following rebuttal experts: 1) Dr.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • FrankFurt • Munich • Paris

wilsonelser.com

273637304v.1

Hon. Anne Y. Shields
August 17, 2022
Page 2

Bruce Frumkin – forensic psychologist/false confessions expert; and 2) John Monaghan – police practices/eyewitness identification expert. On August 8, 2022, plaintiff's counsel deposed Dr. Frumkin. On August 16, 2022, defendants deposed Kristin Kucsma. On August 17, 2022, plaintiff's counsel deposed John Monaghan. On consent of all counsel, we have worked out the remaining expert deposition schedule with Dr. Cleary's deposition on August 18, 2022, Jeffrey Noble's deposition on August 22, 2022 and Dr. Fraser's deposition on August 23, 2022.

On *Galloway*, plaintiff's counsel has identified the following experts: 1) Dr. Jennifer Dysart; 2) Jeffrey Noble; 3) Dr. Michael Fraser; and 4) Kristin Kucsma. Defendants have identified the following rebuttal experts: 1) Dr. Bruce Frumkin; and 2) John Monaghan. On August 8, 2022, plaintiff's counsel deposed Dr. Frumkin, and on August 16, 2022, defendants deposed Kristin Kucsma. On consent of all counsel, we have worked out the remaining expert deposition schedule with John Monaghan's deposition on August 19, 2022, Dr. Fraser's deposition on August 23, 2022, and Jeffrey Noble's deposition on August 30, 2022.

In light of the foregoing, defendants respectfully request leave to conduct the depositions of Jeffrey Noble and Dr. Fraser next week.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
John A. Vitagliano

Cc: Counsel of Record (via ECF)

273637304v.1