# Teen Says Police Violated His Rights in Murder Case

**By Robin Topping**

The Bayville youth accused of murdering 17-year-old Kathleen Holland took the stand yesterday, saying police repeatedly kept him from speaking with his father during interrogation and claiming his rights were not read to him until after he confessed.

Joseph Porto, 17, accused of strangling the daughter of a Nassau detective after a lovers' quarrel, testified that detectives "never let me call my father" during interrogation Sept. 28 and Sept. 29. Porto also testified that "I don't remember anyone giving me my rights" until after he confessed.

The testimony concluded two days of pre-trial hearings before Nassau County Court Judge John F. O'Shaughnessy in which defense attorney Barry Slotnick contended that Porto's seven-page confession to police was not voluntary.

Under cross-examination by prosecutor Kenneth Littman, Porto acknowledged that he signed the statement to police without any threats by police. He also admitted leading police to where Kathleen Holland's body was found and where he allegedly told police he had strangled her in his van.

Porto also testified that Holland's brother, Denis Jr., had given him a prescription tranquilizer just before police picked him up for questioning. That testimony prompted the victim's brother to stalk out of the courtroom yesterday. "I don't know what he's talking about," Holland said. But Porto stopped short of saying that the drug affected his statements to police.

Porto also said that a detective conducting his polygraph test told him he did not need a lawyer or his father present during the test. Under cross-examination, however, he said he did not recall whether he refused to take the test.

Also yesterday, a videotape of Porto confessing to Barry Grennan, head of the district attorney's Major Offense Bureau, was played in court. On it, Porto acknowledged knowing his rights and described his police treatment as "perfect."

Homicide detectives John Sharkey and Robert Dempsey, who took Porto's statement, testified Monday that he was told of his rights after his initial admission of "I killed her." They testified that he never asked to see a lawyer.

Porto's father, Vincent, testified with great emotion that he tried repeatedly to contact his son on Sept. 28 and 29 and was stonewalled by Nassau detectives, including Det. Sgt. Denis Holland, Kathleen Holland's father, when Vincent Porto went to Holland's house. He said he did not learn his son had been arrested until he went to police headquarters at 2:45 a.m. on Sept. 29.

Court of Appeals rulings have held that a person under 21 has the right to see a parent who has retained counsel for him or her. Vincent Porto testified that he had not hired a lawyer at the time his son was detained.