| POLICE DEPARTMENT COUNTY OF NASSAU, NEW YORK | DETECTIVE DIVISION GENERAL ORDER 56 - 1983 Page 1 of 3 | Number 2251.1 |
|---|---|---|
| SUBJECT: POLYGRAPH EXAMINATIONS | date: July 5, 1983 | Effective: Immediately | Authority: C. of Dets. |
| REFERENCE | Cancel/Amends: D.D. PROCEDURAL ORDER 19 - 1978 | Distribution: All Commands |
| ATTACHMENTS | | |

## POLYGRAPH EXAMINATIONS

The Polygraph Section, Scientific Examination Bureau, functions between 0900 and 2400 hours, Monday through Friday.

Examinations are normally scheduled for 0930 and 1300 hours during the daytime and 1630 and 2000 hours during the evening. Appointments may be obtained by contacting the Polygraph Section, in advance of the date desired.

Occasionally arrangements can be made on short notice due to cancellations and sporadic open slots.

In extenuating circumstances examinations may be conducted during non-working hours with approval of the Detective Division Duty Supervisor. In such cases a polygraphist will be recalled by having the Main Office Desk Officer contact an S.I.B. Supervisor.

## COOPERATION

The proper use of the polygraph requires the cooperation of the investigating detective and the polygraphist working together as a team. The polygraph should be used as an investigative tool to supplement a thorough investigation, not as a replacement for one. It is recommended that you consult the Polygraph Section at some logical point, early in the investigation to determine if such an examination may be of value.

In cases where both parties know each other, (such as in sex offenses, etc.), and one party accuses the other, or, where no other witnesses are present at the time of occurrence, the victim should be examined first.

Do not attempt to give a prospective subject an explanation of the functioning of the polygraph. This is best accomplished by the members of the Polygraph Section. A brochure answering many of the most frequently asked questions about the polygraph, is available at the Polygraph Section which is helpful in allaying the fears of an apprehensive subject. Subjects should be advised to allow sufficient time for the polygraph exam. A thorough examination, such as is conducted by this Department, usually takes approximately two, (2), hours.

County007834
2251.1

## PREPARATION FOR A POLYGRAPH EXAMINATION

It is desired that the subject of a polygraph examination should have eaten according to his or her regular meal schedule and should not be unreasonably tired as might follow a sleepless night or lengthy interview immediately prior to a test. Persons apprehended at or near a crime, shortly after the occurrence, are not likely to be good subjects, (this also refers to potentially truthful subjects). Examination of such individuals may take place a few days later without effecting the results. It is important to note that the mental and physical state of the subject at the time of the exam can have a direct effect on the outcome.

It is only necessary for the investigating detective to be present at polygraph during the actual exam if the subject is a key suspect and a summary arrest is likely to follow an admission of guilt, or a written statement from the suspect is necessary. Alternate arrangements can be made to cover this eventuality when necessary. It is also desirable for the detective to be present when the case is a complicated one or several subjects are to be examined in the same case.

A completed POLYGRAPH WORKSHEET, (with copies of any other related documents), should be forwarded to the Polygraph Section in advance of the test date. The polygraphist must have this information to ensure that test questions are properly formulated. It is important to remember that the successful conclusion of a polygraph examination is directly related to the thoroughness of the preceding investigation and the transmission of all necessary case facts to the Polygraphist.

The responsibility of formulating the actual test questions to be asked on an exam and whether or not a test should, in fact, be initiated or terminated, shall rest with the polygraphist.

## RESTRICTIONS - PHYSICAL/MENTAL/AGE

The following are some restrictions that apply to polygraph testing:

PSYCHOLOGICAL DISORDERS and PHYSICAL DISABILITIES - Subjects are not necessarily disqualifyed from being tested. Some conditions may hinder successful conclusion to an exam. Each case is to be considered on its own merits.

HEART CONDITIONS - Subject with a heart condition will not be examined without the consent of a doctor.

EPILEPSY - Subjects with a recent history of suffering severe epileptic seizures will not be examined without consent of a doctor.

PREGNANCY - Pregnant women will not be tested without consent of a doctor. Women more than three, (3), months pregnant may be physically precluded by size from being properly tested.

MINORS - Minors under the age of thirteen, (13), ordinarily are not given polygraph examinations. Physical and mental maturity are determining factors and each case will be considered on its own merits. Since the permission form completed by the subject contains a "Rights Waiver", at least one parent or legal guardian must be present to mutually execute this form legally. It is also requested that a J.A.B. detective be present to observe the test. Juveniles are generally not tested after 1630 hours.

### CONSENT

Each subject of a polygraph examination will be requested to sign a "Consent" form. This form will be provided by the polygraphist.

### ARRIVAL OF POLYGRAPH SUBJECTS

When scheduled for a polygraph exam, whether alone, accompanied by his attorney, or family members, a subject will be directed to report at the exact time of his appointment to the Reception Desk of Headquarters. The reception Desk Officer will notify the Polygraph Section of the subject's arrival. If the subject is transported by a detective and is not accompanied by anyone else, the detective will bring the subject directly to the Main Office where the subject will be instructed to be seated. The detective will then report, alone, directly to the polygraph office and discuss the case with the polygraphist.

### RE-EXAMINATIONS

If a re-examination is recommended, detectives will make every effort to insure that such exam is rescheduled as soon as practicable.

*Robert H. Wangenstein*
Chief of Detectives

County007836

2251.1