Page 392

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   Index No.: 06-CV-6695(JS)(WDW)
     - - - - - - - - - - - - - - - - - - - - - - - x
 4   JOHN KOGUT,
 5                        Plaintiff,
 6        - against -
 7   THE COUNTY OF NASSAU, POLICE
     COMMISSIONER DONALD KANE, POLICE
 8   COMMISSIONER WILLIAM J. WILLETT
     (2005), POLICE COMMISSIONER JAMES
 9   LAWRENCE, DETECTIVE SEAN SPILLANE
     (HEAD OF HOMICIDE 1985), DETECTIVE
10   DENNIS FARRELL (HEAD OF HOMICIDE
     2005), DETECTIVE JOSEPH VOLPE,
11   DETECTIVE ROBERT DEMPSEY, DETECTIVE
     ALBERT MARTINO, DETECTIVE WAYNE
12   BIRDSALL, DETECTIVE MILTON G.
     GRUBER, DETECTIVE CHARLES FRAAS,
13   DETECTIVE FRANK SIRIANNI, DETECTIVE
     HARRY WALTMAN, P.O. MICHAEL
14   CONNAUGHTON, P.O. WILLIAM DIEHL and
     JOHN DOES 1-5,
15
                          Defendants.
16   - - - - - - - - - - - - - - - - - - - - - - - x
                    June 14, 2011
17                  10:00 a.m.
18
19        CONTINUED DEPOSITION of JOHN RESTIVO, a Plaintiff
20   herein, taken by the Defendants, held at the offices of
21   Neufeld Scheck & Brustin, LLP, 99 Hudson Street, New York,
22   New York, before Sara K. Killian, a Professional Court
23   Reporter and Notary Public of the State of New York.
24
25   (Caption continued on following page)
```

```
 1                  J. Restivo
 2  you said -- I think you said 20 to 22 hours -- can
 3  you tell me if you remember anything else that
 4  happened?
 5       A.    I don't recall how long I was there.
 6       Q.    Can you tell me what happened when
 7  you were there, other than what you've just said?
 8       A.    I signed a statement.
 9       Q.    Anything else?
10       A.    Possibly.  I don't know what you're
11  referring to.
12             MS. CORNWALL:  We're going to take a
13       break.
14       Q.    Anything --
15             MS. CORNWALL:  Before the question is
16       asked, we're taking a break.  Up and out.
17       We'll just be a moment.
18             (Time noted: 4:08 p.m.)
19             (Whereupon, the witness and his
20       attorney leave the room.)
21             (Time noted: 4:09 p.m.)
22       Q.    Do you recall anything else that
23  happened other than what you told me already
24  besides signing the statement and Volpe having his
25  hand around your throat and smacking you in the
```

```
 1                  J. Restivo
 2   side of the face, do you recall anything else
 3   about the 20 hours or 22 hours or however many
 4   hours you were there?
 5       A.     After being assaulted by defendant
 6   Dempsey, I demanded to leave.  They wouldn't let
 7   me leave.  I demanded to make a phone call.  They
 8   wouldn't let me make a phone call.  I demanded to
 9   make a phone call to a lawyer.  They told me I
10   didn't need a lawyer.  They told me "You don't
11   have any rights here."
12       Q.     Were you coached to say that?
13       A.     No.
14              MS. CORNWALL:  Objection.
15       Q.     Now, the statement, Mr. Restivo,
16   which I think is in front of you there and is
17   marked Exhibit KKK, can you take a look at that?
18              Is your signature on there?
19       A.     On the bottom of page two.
20       Q.     Is there anything written by you on
21   the bottom of page one?
22       A.     Maybe my initials.
23       Q.     Did you write any portion of this
24   statement?
25       A.     This isn't my handwriting.
```

```
 1                    J. Restivo
 2       Q.      Just the initials and the signature?
 3       A.      Yes.
 4       Q.      Do you know who wrote this?
 5       A.      I believe it was defendant Volpe.
 6       Q.      When you referred earlier to the
 7  thing that you remembered that night was -- other
 8  than what you said about Dempsey -- was signing
 9  the statement.
10               Was this the statement you were
11  referring to?
12       A.      Yes.
13       Q.      Was there any other statements?
14       A.      I don't recall.
15       Q.      Do you recall signing more than one
16  statement?
17       A.      No.
18       Q.      What time was it when you signed this
19  statement?
20       A.      I don't recall.
21       Q.      How much time was it from when you
22  signed this statement with your signature on it
23  until you left at the time you told us you left?
24       A.      I don't recall.
25       Q.      Do you have any idea?
```

1                J. Restivo
2  make out what it says in the middle there -- and
3  John Restivo, your signature, right?
4       A.      That's my signature, yes.
5       Q.      Did you tell the detectives that
6  night or morning or whenever this was that you
7  signed this statement that it was the truth?
8       A.      The statement isn't the truth.  I
9  signed this statement for one reason, to get out
10 of there because they were assaulting me and lying
11 to me, accusing me of a murder I had nothing to do
12 with?
13      Q.      That's not my question.
14              My question is did you tell them that
15 this statement was the truth?
16      A.      I don't recall.
17              MS. CORNWALL:  Listen to the
18      question.
19      Q.      You just said to me that you signed
20 this to get out of there, right?
21      A.      Yes.
22      Q.      I think earlier you had been shown --
23              MS. LIMANI:  No, he hadn't.  Let's
24      mark it now.
25      Q.      -- a physical condition questionnaire