*Joseph Jackson v. Nassau County, et al.* – Docket No. 18-cv-3007 (JS) (AYS)

**Brief Case Summary**

    This is a civil rights action arising from the arrest, prosecution, and conviction of plaintiff Joseph Jackson for the 1994 murder of Steven Jason in Freeport, New York, and the more than twenty years Mr. Jackson spent incarcerated as a result of that conviction. Mr. Jackson was convicted in 1996 following a Nassau County Police Department homicide investigation conducted by defendant detectives. On February 16, 2018, plaintiff's judgment of conviction was vacated and the indictment dismissed. Following his release, Mr. Jackson commenced this action against individual Nassau County police officers involved in the investigation, alleging that defendants violated his constitutional right to a fair trial by fabricating evidence, coercing an involuntary confession, and withholding material exculpatory and impeachment information from prosecutors, thereby undermining the fairness of his criminal proceedings. Defendants deny wrongdoing and contend that their conduct was lawful.