

April 8, 2026

**Janine A. Mastellone**
914.872.7230 (direct)
845.260.8776 (mobile)
Janine.Mastellone@wilsonelser.com

**BY ECF**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *Jackson v. Nassau County, et. Al.*  18 CV 3007 (JS) (AYS)
     Our File No.: 12473.00014

Dear Judge Seybert:

The undersigned represents the defendants in the above-mentioned matter.  Pursuant to the Court's Order dated February 6, 2026, we write this joint correspondence to advise the Court of the status of the settlement.  The settlement has been approved by the Legislature.  Once payment has been issued and received by the plaintiff, we will provide the Court with a Stipulation of Dismissal.  If the Court requires any further information, please advise.

Thank you.

Very truly yours,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Janine A. Mastellone

cc:  All Counsel (by ECF)

1133 Westchester Avenue │ White Plains, NY 10604 │ p 914.323.7000 │ f 914.323.7001 │ wilsonelser.com

Albany, NY │ Atlanta, GA │ Austin, TX │ Baltimore, MD │ Birmingham, AL │ Boston, MA │ Charlotte, NC │ Chicago, IL │ Dallas, TX │ Denver, CO │ Detroit, MI │ Long Island, NY
Hartford, CT │ Houston, TX │ Indianapolis, IN │ Jackson, MS │ Las Vegas, NV │ London, England │ Los Angeles, CA │ Louisville, KY │ Madison, NJ │ McLean, VA │ Merrillville, IN
Miami, FL │ Milwaukee, WI │ Nashville, TN │ New Orleans, LA │ New York, NY │ Orange County, CA │ Orlando, FL │ Philadelphia, PA │ Phoenix, AZ │ Portland, OR │ Raleigh, NC
San Diego, CA │ San Francisco, CA │ Sarasota, FL │ Seattle, WA │ Stamford, CT │ St. Louis, MO │ Tyler, TX │ Washington, DC │ West Palm Beach, FL │ White Plains, NY

333251073v.1