UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

JOSEPH JACKSON,

Plaintiff,

- against -

NASSAU COUNTY; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; DETECTIVE MICHAEL HERTS; DETECTIVE MARTIN ALGER; DETECTIVE WALTER SWENSON; DETECTIVE ANTHONY KOSIOR; DETECTIVE SERGEANT DAN SEVERIN; and JOHN And JANE DOE 1 through 20,

Defendants.
---------------------------------------------------------------------X

Docket No.: 18-CV-3007

**STIPULATION AND ORDER <u>OF DISMISSAL</u>**

WHEREAS, the Plaintiff, JOSEPH JACKSON has entered into a settlement agreement with Defendants NASSAU COUNTY; DETECTIVE ROBERT DEMPSEY; DETECTIVE GARY ABBONDANDELO; DETECTIVE JOHN M. HOLLAND; DETECTIVE MICHAEL HERTS; DETECTIVE MARTIN ALGER; DETECTIVE WALTER SWENSON; DETECTIVE ANTHONY KOSIOR; and DETECTIVE SERGEANT DAN SEVERIN; Plaintiff, JOSEPH JACKSON now desires to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the above-referenced action is hereby dismissed with prejudice as against all Defendants.

Dated: White Plains, New York
May 11, 2026

[ The remainder of this page is intentionally left blank ]

[ Signature page to Stipulation and Order of Dismissal with Prejudice ]

ELEFTERAKIS, ELEFTERAKIS & PANEK
Attorneys for Plaintiff

By:______________________________
Gabriel P. Harvis, Esq.
80 Pine Street, 38th Floor
New York, NY 10005
(212) 532-1116

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants

______________________________
Janine A. Mastellone, Esq.
John M. Flannery, Esq,
John A. Vitagliano, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Our File No. 12473.00014

SO ORDERED:

______________________________
United States District Court Judge
Hon. Joanna Seybert